**E-FILED**
Monday, 22 August, 2016 11:02:43 AM
Clerk, U.S. District Court, ILCD

CHARLES W.POLLOCK,JR. 17675-026
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER, MN. 55903

FILED
AUG 22 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AUGUST 16, 2016

KENNETH A.WELLS
CLERK U.S. DISTRICT COURT
100 N.E. MONROE ST. ROOM 309
PEORIA, IL. 61602

IN RE; Enclosed unsigned letter dated August 1, 2016.

Dear Mr Wells,

Thank you for your timely response to my request for the Grand Jury records and Logs. However, the letter was not signed.

Thank you for your time and attention to this matter.

[signature] 8-16-16
CHARLES W.POLLOCK,JR. DATE:

KENNETH A. WELLS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

### OFFICE OF THE CLERK

TEL: 217.492.4020
FAX: 217.492.4028

August 1, 2016

Charles W Pollock, Jr. 17675-026
Federal Medical Center
POB 4000
Rochester, MN 55903

RE: Request for Grand Jury Records/Logs

Dear Charles:

This letter is in response to your request for grand jury records/logs. The US Attorney's office is the only office who has the information that you are requesting. The clerk's office does not have access to the grand jury transcripts or the name of the reporter who transcribed the same.

Sincerely,

Kenneth A Wells
Clerk, U.S. District Court

Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
211 19th St.
Room 203
Rock Island, IL 61201
309.793.5778